UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No.  15-1546

GERMAIN JACKSON

---

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 1470 and 2422(b) have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **GERMAIN JACKSON** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on November 13, 2015.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Pretrial Services Office
Counsel for Defendant